IN THE SUPREME COURT OF TEXAS

════════════

No. 06-1008

════════════

In the matter of Eugene X. Mercier

════════════════════════════════════════════════════

On Appeal From the Board of Disciplinary Appeals

════════════════════════════════════════════════════

JUDGMENT

THE SUPREME COURT OF TEXAS, having considered the appellate record, and counsels’ briefs,
 but without hearing oral argument under Texas Rule of Disciplinary Procedure 7.11
, concludes that the Board of Disciplinary Appeals’ decision should be reversed in part.

IT IS THEREFORE ORDERED, in accordance with the Court’s opinion, that:  

1) The decision of the Board of Disciplinary Appeals regarding disbarment is reversed without prejudice to refiling; and

2) The remainder of the Board’s decision is affirmed.  

Copies of the judgment and the Court’s opinion are certified to the Board of Disciplinary Appeals for observance.

Opinion of the Court Delivered Per Curiam

December 21, 2007

**********